JASON J. CURLIANO [Cal. State Bar 167509]
ONDREJ LIKAR [Cal. State Bar 260199]
BUTY & CURLIANO LLP
516 - 16th Street
Oakland, CA 94612
Tel:   510.267.3000
Fax:  510.267.0117
Email: jcurliano@butycurliano.com
            olikar@butycurliano.com

Attorneys for Defendants:
KAISER FOUNDATION HOSPITALS;
THE PERMANENTE MEDICAL GROUP, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

| | |
|---|---|
| JAMES PEARSON,<br><br>             Plaintiff,<br><br>     v.<br><br>KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC., a Corporation doing business in the State of California; COMMONSPIRIT HEALTH, a Colorado corporation, d/b/a ST. JOSEPH'S BEHAVIORAL HEALTH; and Does 1 through 20, inclusive<br><br>             Defendants. | Case No. 2:20-CV-02335-MCE-KJN<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (LOCAL RULE 144(A)) AND ORDER**<br><br>Complaint filed on 11/23/20 |

IT IS HEREBY STIPULATED, by and between plaintiff JAMES PEARSON and defendants KAISER FOUNDATION HOSPITALS and THE PERMANENTE MEDICAL GROUP, INC. (referred to herein as "KAISER DEFENDANTS"), through their undersigned counsel, that the KAISER DEFENDANTS may have up to and including **January 13, 2021** to file a responsive pleading to plaintiff's Complaint. The extension is necessary to allow the KAISER DEFENDANTS time to obtain information needed to respond to the Complaint. This is the second stipulation for an extension of time between

BUTY & CURLIANO LLP
516 – 16TH STREET
OAKLAND, CA 94612
510.267.3000

1

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (LOCAL RULE 144(A)) AND ORDER**

the parties.  This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a).  Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

**IT IS SO STIPULATED.**

DATED:  December 30, 2020                    BUTY & CURLIANO LLP

By:_____/S/ *Ondrej Likar*_____
JASON J. CURLIANO
ONDREJ LIKAR
Attorneys for Defendants:
KAISER FOUNDATION HOSPITALS;
THE PERMANENTE MEDICAL GROUP, INC.

DATED:  December 30, 2020                    ALLACCESS LAW GROUP

By:/S/ *Irakli Karbelashvili* [as authorized on 12/30/2020]
IRAKLI KARBELASHVILI
Attorneys for Plaintiff:
JAMES PEARSON

IT IS SO ORDERED.

Dated: January 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

BUTY & CURLIANO LLP
516 – 16TH STREET
OAKLAND, CA 94612
510.267.3000

2

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (LOCAL RULE 144(A)) AND ORDER**