ALLACCESS LAW GROUP
Irene Karbelashvili, SBN 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, SBN 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:   (408) 295-0137
Facsimile:   (408) 295-0142

Attorneys for JAMES PEARSON, Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES PEARSON,<br><br>              Plaintiff,<br><br>    vs.<br><br>KAISER FOUNDATION HOSPITALS, et al.<br><br>              Defendants. | Case No. 2:20-cv-02335-MCE-KJN<br><br>**STIPULATION REGARDING FACT DISCOVERY DEADLINE; ORDER** |

1764964v1              STIPULATION RE FACT DISCOVERY DEADLINE; ORDER

1

1  Plaintiff JAMES PEARSON ("Plaintiff") and Defendants KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC. and COMMONSPIRIT HEALTH (collectively, "Defendants") stipulate, through their undersigned counsel, that the deadline to complete fact discovery be continued to January 13, 2022, in the event that this is not already the fact discovery deadline. This Stipulation is being filed due to the following:

The Court's Initial Pretrial Scheduling Order states that "[a]ll discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty—five (365) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure." Dkt. No. 3.

Plaintiff served Defendants with the summons, complaint, and related materials on or about November 25, 2020. Thereafter, Plaintiff stipulated to extend each Defendant's deadline to respond to the Complaint. The Court granted the stipulations, extending Defendants' deadline to respond to the Complaint to January 13, 2021.  Dkt. Nos. 6, 9.

As a result of the stipulations, the last date on which a Defendant could file an answer became January 13, 2021. In light of the language in the Court's Initial Pretrial Scheduling Order, and in an abundance of caution, the Parties are filing this stipulation in order to have the Court confirm whether they should accordingly calendar January 13, 2022, as the last date to conduct fact discovery in this matter. The Parties seek this clarification not only to ensure that they have an accurate understanding of the fact discovery deadline, but also to ensure that they have an accurate understanding of the other case deadlines triggered by the fact discovery deadline.

Respectfully submitted,

Dated: November 18, 2021    */s/ Irakli Karbelashvili*
　　　　　　　　　　　　　By Irakli Karbelashvili, Attorney
　　　　　　　　　　　　　for Plaintiff JAMES PEARSON

1764964v1    STIPULATION RE FACT DISCOVERY DEADLINE; ORDER
2

| | | |
|---|---|---|
| 1 | Dated: November 12, 2021 | */s/ Ondrej Likar* |
| 2 | | By Ondrej Likar, Attorney for Defendants KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC |
| 5 | Dated: November 12, 2021 | */s/ Elizabeth B. Stallard* |
| 6 | | By Elizabeth B. Stallard, Attorney for Defendant COMMONSPIRIT HEALTH, a Colorado corporation, d/b/a ST. JOSEPH'S BEHAVIORAL HEALTH |

**ORDER**

According to the Initial Pretrial Scheduling Order issued November 23, 2020, "[a]ll discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty-five (365) days <u>from the date upon which the last answer may be filed</u> with the Court pursuant to the Federal Rules of Civil Procedure." ECF No. 3, at 2 (emphasis added). Because the deadline for Defendant to file an answer was January 13, 2021, <u>see</u> ECF No. 9, the deadline to complete fact discovery is thus January 13, 2022.

Accordingly, having reviewed the Parties' stipulation, and good case appearing, the deadline to complete fact discovery is confirmed to be **January 13, 2022**.

IT IS SO ORDERED.

Dated:  November 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE