1  DOWNEY BRAND LLP
   ELIZABETH B. STALLARD (Bar No. 221445)
2  estallard@downeybrand.com
   621 Capitol Mall, 18th Floor
3  Sacramento, California 95814
   Telephone:   916.444.1000
4  Facsimile:   916.444.2100

5  Attorneys for Defendant
   COMMONSPIRIT HEALTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| JAMES PEARSON, | Case No. 2:20-cv-02335-MCE-KJN |
| --- | --- |
| Plaintiff, | *Hon. Morrison C. England* |
| v. | **STIPULATION TO EXTEND FACT DISCOVERY DEADLINE; ORDER** |
| KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC., a Corporation doing business in the State of California; COMMONSPIRIT HEALTH, a Colorado corporation, d/b/a ST. JOSEPH'S BEHAVIORAL HEALTH; and DOES 1-20, inclusive, | |
| Defendants. | |

Plaintiff JAMES PEARSON ("Plaintiff") and Defendant KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and Defendant COMMONSPIRIT HEALTH (collectively, "Defendants") hereby stipulate, through their undersigned counsel, that the deadline to complete fact discovery be continued 60 days from January 13, 2022, to March 14, 2022.

This Stipulation is being filed due to the following:

The Parties have been engaging in diligent and good faith efforts to schedule depositions and conduct other non-expert discovery. However, due to Plaintiff's own trial schedule (he is an attorney), Plaintiff is now unavailable for deposition until early

1 January.  Defendants need to be able to complete Plaintiff's deposition, and the parties
2 need to be able to reasonably follow up on issues and witnesses identified in this central
3 deposition, in order to adequately prepare the case for trial.  This will not be possible if
4 the non-expert discovery deadline remains at January 13, 2022.

5      Moreover, moving the non-expert discovery deadline by only 60 days, to coincide
6 with the expert witness disclosure deadline, will not impact any other case deadlines or
7 the Court's calendar.

8 DATED:  December 3, 2021       ALLACCESS LAW GROUP

9            By:    /s/ *Irakli Karbelashvili* [as authorized on 12/3/21]
10             IRAKLI KARBELASHVILI
            Attorney for Plaintiff
11             JAMES PEARSON

12
13 DATED:  December 2, 2021       BUTY & CURLIANO LLP

14            By:    /s/ *Ondrej Likar* [as authorized on 12/2/21]
15             ONDREJ LIKAR
            Attorney for Defendants
16             KAISER FOUNDATION HOSPITALS and THE
            PERMANENTE MEDICAL GROUP, INC.
17
18 DATED:  December 3, 2021       DOWNEY BRAND LLP

19            By:    /s/ *Elizabeth B. Stallard*
20             ELIZABETH B. STALLARD
            Attorney for Defendant
21             COMMONSPIRIT HEALTH

DOWNEY BRAND LLP

**ORDER**

Having reviewed the Parties' stipulation, and good case appearing, IT IS HEREBY ORDERED that the deadline to complete non-expert discovery is confirmed to be March 14, 2022.

IT IS SO ORDERED.

Dated: December 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE